■ CORNELIA S. OSBORNE, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 40937.) — STALEY, JR., J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.